# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PHILLIP EDWARDS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CV417-072 |
| STATE OF GEORGIA, WALMART, | ) |
| INC., Hwy. 17, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Phillip Edwards, Jr., an inmate at Chatham County Detention Center, has submitted to the Court for filing a 42 U.S.C. § 1983 Complaint. Doc. 1. Plaintiff seeks to proceed *in forma pauperis* (IFP). Doc. 2. After reviewing his application, the Court granted him leave to proceed IFP and ordered him to complete and return copies of both his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. To date, however, Edwards has returned only his Trust Fund Account Statement. Giving plaintiff the benefit of the doubt that he intended to return both, the Court **ORDERS** plaintiff to complete and return the enclosed Consent to Collection of Fees from Trust Account form within 14 days of service of

this Order. The Clerk shall enclose a new copy of the form with service of this Order.

**SO ORDERED**, this  30th  day of May, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA