# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

PHILLIP EDWARDS, JR.,      )
                                    )
      Plaintiff,           )
                                    )
v.                               )
                                    )      CV417-072
STATE OF GEORGIA, WALMART,    )
INC., Hwy. 17,           )
                                    )
      Defendants.     )

## ORDER

Plaintiff, an inmate at Chatham County Detention Center, has submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff seeks to proceed *in forma pauperis*. Doc. 2. After reviewing plaintiff's application, the Court granted plaintiff leave to proceed IFP and ordered him to complete and return copies of both his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. Doc. 3. Plaintiff, however, only returned the Prisoner Trust Fund Account Statement. Doc. 4. The Court ordered him to furnish the Consent to Collection of Fees form or face a recommendation of dismissal; plaintiff failed to timely comply and a recommendation of dismissal followed. Docs. 5 & 6. Edwards has,

however, finally returned the signed Consent to Collection of Fees form. Doc. 8. The Report and Recommendation to dismiss his case for abandonment is therefore **VACATED**, and his Complaint will be screened in a subsequent Order.

**SO ORDERED**, this _ 17th _ day of July, 2017.

<span style="margin-left:3em">_JR Smith_</span>
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA